**Fill in this information to identify the case:**

United States Bankruptcy Court

Southern District of New York

Case number (*If known*): 18 -_____ Chapter 15

☐ Check if this is an amended filing

Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| 1. Debtor's name | Madison Asset LLC | |
| 2. Debtor's unique identifier | **For non-individual debtors:** ☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __  ☐ Other_____. Describe identifier_____.  **For individual debtors:** ☐ Social Security number: xxx - xx- __ __ __ __  ☐ Individual Taxpayer Identification number (ITIN): 9 xx - xx - __ __ __ __  ☐ Other _____ Describe identifier _____ | |
| 3. Name of foreign representative(s) | Martin Nicholas John Trott and Christopher James Smith, in their capacity as the Joint Official Liquidators (the "Petitioners") of Madison Asset LLC (in Official Liquidation) | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | Debtor in liquidation proceedings under Part V of the Cayman Islands Companies Law (2018 Revision) pending in the Grand Court of the Cayman Islands. | |
| 5. Nature of the foreign proceeding | *Check one:*  ☒ Foreign main proceeding  ☐ Foreign nonmain proceeding  ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.  ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.  ☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.  On July 4, 2018, pursuant to an order of the Cayman Court, a copy of which is annexed as Exhibit "A" to the Verified Petition, Mr. Trott was appointed as the Official Liquidator of the Company. Thereafter, by order dated August 17, 2018, a copy of which is annexed as Exhibit "B" to the Verified Petition, Mr. Smith was appointed as the Joint Official Liquidator of the Company. | |

Debtor  __Madison Asset LLC__          Case number (*if known*) 18 - _____
         Name

| | |
|---|---|
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br><br>☒ Yes |
| 8. Others entitled to notice | Attach a list containing the names and addresses of:<br>(i) all persons or bodies authorized to administer foreign proceedings of the debtor<br>(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and<br>(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |
| 9. Addresses | Country where the debtor has the center of its main interests:<br><br>__Cayman Islands__<br><br>Individual debtor's habitual residence:<br><br>Number    Street<br><br>P.O. Box<br><br>City    State/Province/Region    ZIP/Postal Code<br><br>Country | Debtor's registered office:<br><br>Number    Street<br><br>P.O. Box<br><br>City    State/Province/Region    ZIP/Postal Code<br><br>Country<br><br>Address of foreign representative(s):<br><br>Number    Street<br><br>P.O. Box<br><br>City    State/Province/Region    ZIP/Postal Code<br><br>Country |
| 10. Debtor's website (URL) | |
| 11. Type of debtor | *Check one:*<br><br>☒ Non-individual (*check one*):<br><br>☒ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.<br><br>☐ Partnership<br><br>☐ Other. Specify: _____<br><br>☐ Individual |

Debtor  **Madison Asset LLC**  Case number (*if known*) 18 -
      Name

| | |
|---|---|
| 12. Why is venue proper in *this district*? | *Check one:*<br>☒ Debtor's principal place of business or principal assets in the United States are in this district.<br>☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____.<br>☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____. |
| 13. Signature of foreign representative(s) | I request relief in accordance with chapter 15 of title 11, United States Code.<br><br>I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>X  /s/ C. Smith                         **Christopher James Smith**<br>   Signature of foreign representative       Printed name<br><br>Executed on  09/18/2018<br>              MM / DD / YYYY<br><br>X _____           _____<br>   Signature of foreign representative       Printed name<br><br>Executed on _____<br>              MM / DD / YYYY |
| 14. Signature of attorney | X  /s/ Andrew Rosenblatt                Date  09/18/2018<br>   Signature of attorney or foreign representative          MM / DD / YYYY<br><br>Printed name  Andrew Rosenblatt<br>Firm name  NORTON ROSE FULBRIGHT US LLP<br>Number     Street<br>1301          Avenue of the Americas<br>City New York    State NY    ZIP Code 10019-6022<br>212-408-5100                           andrew.rosenblatt@nortonrosefulbright.com<br>Contact phone                           Email address<br>2864320                               212-408-5100<br>Bar number                             Contact phone |

Official Form 401     Chapter 15 Petition for Recognition of a Foreign Proceeding     page 3
CPAM: 33127441.4