NORTON ROSE FULBRIGHT US LLP
Counsel for the Petitioners
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100
Andrew Rosenblatt
Francisco Vazquez

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                            :
                                                                 :
MADISON ASSET LLC,                                               :  In a Case Under Chapter 15
                                                                 :  of the Bankruptcy Code
                                                                 :
Debtor in a Foreign Proceeding.                                  :  Case No. 18-
---------------------------------------------------------------- x

## LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)

I, Christopher James Smith, a Joint Official Liquidator of Madison Asset LLC (in Official Liquidation) (the "Company"), hereby files, as a duly authorized foreign representative, as defined under section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), in the above-captioned case under Chapter 15 of the Bankruptcy Code, the following list in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure, which provides:

> [A] foreign representative filing a petition for recognition under chapter 15 shall file with the petition . . . a list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and all entities against whom provision relief is being sought under § 1519 of the Code.

FED. R. BANKR. P. 1007(a)(4).

### Name and Address of Administrators in Foreign Proceedings Respecting Debtor

On July 4, 2018, the Grand Court of the Cayman Islands (the "Cayman Court") issued an order, pursuant to which (1) the Company was placed into liquidation in accordance with Part V of the Cayman Islands Companies Law (2018 Revision), and (2) Martin Nicholas John Trott was appointed as the Official Liquidator of the Company. By order dated August 17, 2018, the Cayman Court appointed me (together with me, the "Petitioners") as the Joint Official Liquidator of the Company. By order dated September 5, 2018, the Cayman Court expressly authorized the Petitioners to seek recognition of the Cayman Proceeding under Chapter 15 of the Bankruptcy Code.

CPAM: 33113732.4

The Petitioners are aware of only one foreign proceeding, as defined in section 101(23) of the Bankruptcy Code, with regard to the Company, which is the liquidation proceeding pending before the Cayman Court (the "Cayman Proceeding") and that is the subject of the Chapter 15 petition filed in the above-captioned case. The duly appointed Joint Official Liquidators in the Cayman Proceeding are as follows:

| | |
|---|---|
| Joint Official Liquidators: | Martin Nicholas John Trott<br>RHSW (Cayman) Ltd.<br>PO Box 897<br>Windward 1, Regatta Office Park<br>Grand Cayman, KY1-1103<br>Cayman Islands |
| | Christopher James Smith<br>RHSW (Cayman) Ltd.<br>PO Box 897<br>Windward 1, Regatta Office Park<br>Grand Cayman, KY1-1103<br>Cayman Islands |

### Litigation Parties in the United States

The Petitioners are not aware of any litigation pending in the United States to which the Company is a party.

### Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519

The Petitioners are not seeking provisional relief under section 1519 of the Bankruptcy Code against any entities in the United States in this Chapter 15 case at this time.

I, Christopher James Smith, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the foregoing is true and correct.

Dated: September 18, 2018

_____
Christopher James Smith, as Joint Official Liquidator of Madison Asset LLC (in Official Liquidation)

CPAM: 33113732.4