**NORTON ROSE FULBRIGHT US LLP**
Counsel for the Petitioners
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100
Andrew Rosenblatt
Francisco Vazquez

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
In re                                                             :
                                                                  :
MADISON ASSET LLC,                                                : In a Case Under Chapter 15
                                                                  : of the Bankruptcy Code
                                                                  :
Debtor in a Foreign Proceeding.                                   : Case No. 18-
----------------------------------------------------------------- x

**CORPORATE OWNERSHIP STATEMENT PURSUANT**
**TO BANKRUPTCY RULES 1007(A)(4) AND 7007.1**

Martin Nicholas John Trott and Christopher James Smith, in their capacity as the Joint Official Liquidators (the "Petitioners") of Madison Asset LLC (in Official Liquidation) (the "Company") and as duly authorized foreign representatives as defined by section 101(24) of title 11 of the United States Code, through their United States counsel, Norton Rose Fulbright US LLP, file this Corporate Ownership Statement pursuant to rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and state that the following entities own 10% or more of any class of the Company's equity interests, as set forth below:

Sunset Investments Limited, a company incorporated in England & Wales

Dated:  New York, New York
        September 18, 2018

                              NORTON ROSE FULBRIGHT US LLP

                        By: */s/ Andrew Rosenblatt*
                              Andrew Rosenblatt
                              Francisco Vazquez
                              Attorneys for the Petitioners
                              1301 Avenue of the Americas
                              New York, New York 10019
                              (212) 408-5100