**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                              :
                                                                   :
MADISON ASSET LLC                                                  : Chapter 15
                                                                   :
                                                                   :
Debtor in Foreign Proceedings.                                     : Case No. 18-12814
------------------------------------------------------------------ x

### ORDER LIMITING NOTICE, SCHEDULING HEARING AND SPECIFYING THE FORM AND MANNER OF SERVICE OF NOTICE

Upon the *Application for Order Limiting Notice, Scheduling Hearing and Specifying the Form and Manner of Service of Notice* (the "Application")[1] of Martin Nicholas John Trott and Christopher James Smith, in their capacity as the Joint Official Liquidators (the "Petitioners") of Madison Asset LLC (the "Company"), for an Order Limiting Notice, Scheduling Hearing and Specifying the Form and Manner of Service of Notice, made pursuant to sections 105, 1514, 1517, and 1515 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 1012, 2002, and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-4 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Bankruptcy Rules"); it is hereby

**ORDERED**, that a hearing (the "Hearing") to consider the Petition and the Petitioners' request for recognition of the Company's liquidation proceeding pending before the Grand Court of the Cayman Islands (the "Cayman Proceeding"), and related relief shall be held before this Court, in Room 617 of the United States Bankruptcy Court for the Southern District

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

of New York, One Bowling Green, New York, New York, on October 16, 2018, at 11:00 a.m., or as soon thereafter as counsel may be heard (the "Return Date"); and it is further

**ORDERED**, that the form of notice of hearing annexed to the Application as Exhibit "B" (the "Notice") is hereby approved; and it is further

**ORDERED**, that all notice requirements specified in section 1514 of the Bankruptcy Code are hereby waived; and it is further

**ORDERED**, that copies of the Notice shall be served by United States mail, first-class postage prepaid, and by email, if the Petitioners are aware of the party's email address, on or before September 21, 2018, or as soon thereafter as practicable, upon:

(a) the United States Trustee;

(b) all persons and entities who are entitled to such service under Rule 2002(q)(1) of the Federal Rules of Bankruptcy Procedure; and

(c) all persons and entities from whom the Petitioners currently intend to seek discovery in the event that the relief sought in the Motion is granted; and it is further

**ORDERED**, that if any party files a notice of appearance in this case, the Petitioners shall serve the Notice within 10 days of the filing of such notice of appearance if such Notice has not already been served on such party (or its counsel); and it is further

**ORDERED**, that service of subsequent notices in this case shall be effected by United States mail, first class postage prepaid, upon only those parties that have filed notices of appearance or objections in this case; and it is further

**ORDERED**, that answers, objections or responses, if any, to the Verified Petition be made in writing describing the basis therefore and filed with the Court electronically in

accordance with General Order M-399 by registered users of the Court's electronic case filing system, and by all other parties in interest, on a CD-ROM or other similar portable data storage device, preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, with a hard copy to the Chambers of the Honorable Michael E. Wiles, United States Bankruptcy Judge, and served upon Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019 (Attention: Andrew Rosenblatt and Francisco Vazquez) so as to be received on or before 4:00 p.m. (EST) on October 9, 2018; and it is further

**ORDERED**, that the Petitioners may file a reply in support their request for an order granting recognition to the Cayman Proceeding by noon on the day before the Hearing; and it is further

**ORDERED**, that the Hearing may be adjourned from time to time without notice other than an announcement in open court at the Hearing or the adjourned date of the Hearing; and it is further

**ORDERED**, that service of the Notice in accordance with this Order is hereby approved as adequate and sufficient service and adequate notice of the hearing to consider the Petitioners' request for an order granting recognition to the Cayman Proceeding, and granting related relief.

Dated:  New York, New York
       September 20, 2018                    s/Michael E. Wiles
                                                                       United States Bankruptcy Judge