**NORTON ROSE FULBRIGHT US LLP**
Counsel for the Petitioners
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100
Andrew Rosenblatt
Francisco Vazquez

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x
In re                                                           :
                                                                :
MADISON ASSET LLC,                                              :  In a Case Under Chapter 15
                                                                :  of the Bankruptcy Code
                                                                :
Debtor in a Foreign Proceeding.                                 :  Case No. 18-12814-mew
--------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed as a legal assistant by the law firm of Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022, am not a party to this action and am over the age of eighteen.

2. On October 9, 2018, I caused to be served true and correct copies of the documents identified below upon the party listed on the annexed Service List by electronic mail, and first class mail of the United States Postal Service as indicated thereon.

- Notice of Filing and Hearing on Petition Seeking Recognition of a Foreign Main Proceeding Under Chapter 15 of the United States Bankruptcy Code

- Chapter 15 Petition for Recognition of a Foreign Proceeding

3. I certify that the foregoing statements made by me are true. I am aware that if any

CPAM: 33235927.1

of the foregoing statements made by me are willfully false, I am subject to punishment under

penalty of perjury.

                                                                 */s/ David M. Bava*
                                                                    David M. Bava

Sworn to before me this
9th day of October 2018

*/s/ Francisco Vazquez*
        Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2018**

2

CPAM: 33235927.1

## **SERVICE LIST**

***By Electronic Mail***

alevi@llmlawfirm.com

***By First Class Mail of the United States Postal Service***

Andrew K. Levi, Esq.
Lehr Levi & Mendez, P.A.
1401 Brickell Ave., Suite 910
Miami, FL 33131

CPAM: 33235927.1