# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : |
| | : |
| MADISON ASSET LLC, | : In a Case Under Chapter 15 |
| | : of the Bankruptcy Code |
| | : |
| Debtor in a Foreign Proceeding. | : Case No. 18-12814-mew |

## NOTICE OF HEARING TO CONSIDER EX PARTE MOTION FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO 11 U.S.C §§ 105(A), 1507(A), 1521(A)(4) AND 1521(A)(7) AND RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE** that on October 11, 2018, Martin Nicholas John Trott and Christopher James Smith, in their capacity as the Joint Official Liquidators (the "Petitioners") of Madison Asset LLC (in Official Liquidation) (the "Company") and as duly authorized foreign representatives as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), by their United States counsel, Norton Rose Fulbright US LLP, filed the enclosed *Ex Parte Motion for Leave to Conduct Discovery Pursuant to 11 U.S.C §§ 105(a), 1507(a), 1521(a)(4) and 1521(a)(7) and Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") will consider the Motion at a hearing scheduled for **October 16, 2018 at 11:00 a.m. (ET)** (the "Hearing"), or as soon thereafter as counsel may be heard, before the Honorable Michael E. Wiles in Courtroom 617 of the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection to the Motion is filed and served in time to be considered by the Bankruptcy Court before the Hearing, the Bankruptcy Court may grant the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement in open court at the Hearing of the adjourned date or dates or any further adjourned hearing.

Dated:  New York, New York
October 11, 2018

**NORTON ROSE FULBRIGHT US LLP**

By:   */s/ Andrew Rosenblatt*
Andrew Rosenblatt
Francisco Vazquez
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100

*Counsel for the Petitioners*