**NORTON ROSE FULBRIGHT US LLP**
Counsel for the Petitioners
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100
Andrew Rosenblatt
Francisco Vazquez

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                            :
                                                                 :
MADISON ASSET LLC,                                               :  In a Case Under Chapter 15
                                                                 :  of the Bankruptcy Code
                                                                 :
Debtor in a Foreign Proceeding.                                  :  Case No. 18-12814-mew
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed as a legal assistant by the law firm of Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022, am not a party to this action and am over the age of eighteen.

2. On October 11, 2018, I caused to be served true and correct copies of the documents identified below upon the party listed on the annexed Service List by overnight expedited courier using Federal Express.

- Notice of Hearing to Consider Ex Parte Motion for Leave to Conduct Discovery Pursuant to 11 U.S.C §§ 105(a), 1507(a), 1521(a)(4) and 1521(a)(7) and Rule 2004 of the Federal Rules of Bankruptcy Procedure

- Ex Parte Motion for Leave to Conduct Discovery Pursuant to 11 U.S.C §§ 105(a), 1507(a), 1521(a)(4) and 1521(a)(7) and Rule 2004 of the Federal Rules of Bankruptcy Procedure

CPAM: 33243364.1

- Notice of Filing and Hearing on Petition Seeking Recognition of a Foreign Main Proceeding Under Chapter 15 of the United States Bankruptcy Code

- Chapter 15 Petition for Recognition of a Foreign Proceeding

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

*/s/ David M. Bava*
David M. Bava

Sworn to before me this
12th day of October 2018

*/s/ Francisco Vazquez*
Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2018**

CPAM: 33243364.1

## SERVICE LIST

*By Federal Express Overnight Expedited Courier*

| | | |
|---|---|---|
| Deutsche Bank AG, New York<br>60 Wall Street<br>New York, NY 10005<br>Attention: Legal Department | Comerica Bank<br>1717 Main Street<br>Dallas, Texas, 75201<br>Attention: Legal Department | Comerica Bank<br>c/o Coprorate Creations Network Inc.<br>15 North Mill Street<br>Nyack, New York, 10960 |
| The Bank Of New York Mellon Corporation<br>Attn.: General Counsel<br>One Wall Street<br>New York, New York, 10286 | ABN AMRO<br>Park Ave Plaza<br>55 East 52nd St<br>New York, NY 10019<br>Attention: Legal Department | Banco Popular<br>2812 Broadway<br>New York, NY 10025<br>Attention: Legal Department |
| Bank of America<br>One Bryant Park<br>1111 Avenue of the Americas<br>New York, NY 10036<br>Attention: Legal Department | Bank of America<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington DE19801 | Bank of China<br>1045 Avenue of the Americas<br>New York, NY 10019<br>Attention: Legal Department |
| The Bank of Tokyo -- Mitsubishi UFJ, Ltd.<br>1251 Avenue of the America, # C3-06<br>New York, NY 10019<br>Attention: Legal Department | BNP Paribas<br>787 Seventh Avenue<br>New York, NY 10019<br>Attention: Legal Department | Calyon Investment Bank<br>95 Wall Street Bsmt,<br>New York, NY 10005<br>Attention: Legal Department |
| Citibank N.A.;<br>153 East 53rd Street<br>New York, NY 10022<br>Attention: Legal Department | Commerzbank Aktiengesell-Schaft, New York Branch<br>55 Broad St.<br>New York, New York 10004<br>Attention: Legal Department | Credit Agricole CIB<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Attention: Legal Department |
| Deutsche Bank Trust Company Americas<br>60 Wall Street<br>New York, NY 10005<br>Attention: Legal Department | HSBC Bank USA, N.A.;<br>452 5th Ave<br>New York 10018<br>Attention: Legal Department | JPMorgan Chase Bank, N.A.;<br>277 Park Avenue,<br>New York, NY 10022<br>Attention: Legal Department |
| Societe Generale<br>245 Park Ave<br>New York, NY 10167<br>Attention: Legal Department | Societe Generale<br>c/o The Company Corporation<br>251 Little Falls Drive<br>Wilmington DE19808<br>Attention: Legal Department | Standard Chartered Bank;<br>c/o CT Corp,<br>111 Eighth Avenue, 13th Floor<br>New York, NY 10011 |
| Donna K. Hill, Esq.<br>Standard Chartered Bank<br>1095 Avenue of the Americas FL 37<br>New York, NY 10036-6797 | UBS AG<br>1285 Ave of the Americas<br>New York, NY 10019<br>Attention: Legal Department | Wells Fargo & Co.<br>1156 Avenue of the Americas<br>New York, NY 10036<br>Attention: Legal Department |

CPAM: 33243364.1