UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                               :
                                                    :            Chapter 15
MADISON ASSET LLC,                                  :
                                                    :            Case No. 18-12814 (MEW)
Debtor in a Foreign Proceeding.                     :
-----------------------------------------------------------------x

**ORDER GRANTING LEAVE TO ISSUE SUBPOENAS AND TO CONDUCT EXAMINATIONS PURSUANT TO 11 U.S.C §§ 1507(A) AND 1521(A)(4) AND RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the Motion for Leave to Conduct Discovery Pursuant to 11 U.S.C. §§ 105(a), 1507(a), 1521(a)(4) and 1521(a)(7) and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion")[1] [D.I. 12] of Martin Nicholas John Trott and Christopher James Smith, in their capacity as the Joint Official Liquidators (the "Petitioners") of Madison Asset LLC (in Official Liquidation) (the "Company") and as duly authorized foreign representatives as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and the Court having conducted a Hearing with respect to the Motion on October 16, 2018 and have explained certain rulings during the course of the Hearing; and the Court having determined that there is just cause for the relief granted in this Order; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1.    The Petitioners are authorized to issue subpoenas within the territorial jurisdiction of the United States pursuant to Rule 2004 and Rule 9016 of the Federal Rules of Bankruptcy

---

[1] Capitalized terms used but not defined herein shall have the meaning set forth in the Motion.

1

Procedure upon any person or entity that the Petitioners believe may have documents or other information that relate to the acts, conduct, assets, liabilities, or financial condition of the Company or that may affect the administration of the Company's estate or the Cayman Proceeding or may lead the Petitioners to such documents or information, including, without limitation, the Banks.

2. Subpoenas issues pursuant to the authority granted by this Order shall be subject to the following requirements:

(a) The Petitioners shall serve a copy of this Order on each person or entity to which a Rule 2004 Subpoena is directed.

(b) The time within which responses or objections to the Rule 2004 Subpoena may be served shall be no less than twenty-one (21) days after service of such subpoena.

3. Nothing in this Order is intended to specify the scope of discovery to be sought pursuant to any Rule 2004 Subpoena. The issuance of a Rule 2004 Subpoena pursuant to this Order shall be without prejudice to the defenses, arguments, or objections available to a respondent of a Rule 2004 Subpoena under applicable rules, including those governing the appropriate scope of discovery.

4. This Court shall retain jurisdiction with respect to the enforcement, amendment or modification of this Order, and all subpoenas issued and served pursuant hereto.

Dated:  New York, New York
        October 16, 2018

                                        **s/Michael E. Wiles**
                                        Honorable Michael E. Wiles
                                        United States Bankruptcy Judge