**NORTON ROSE FULBRIGHT US LLP**
Counsel for the Petitioners
1301 Avenue of the Americas
New York, New York 10019
(212) 408-5100
Andrew Rosenblatt
Francisco Vazquez

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :
MADISON ASSET LLC,                                           :  In a Case Under Chapter 15
                                                             :  of the Bankruptcy Code
                                                             :
Debtor in a Foreign Proceeding.                              :  Case No. 18-12814-mew
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed as a legal assistant by the law firm of Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019-6022, am not a party to this action and am over the age of eighteen.

2. On October 18, 2018, I caused to be served true and correct copies of the documents identified below upon the party listed on the annexed Service List by first class mail of the United States Postal Service, postage prepaid thereon.

- Order Granting Recognition of a Foreign Main Proceeding (Docket No. 15)

- Order Granting Leave to Issue Subpoenas and to Conduct Examinations Pursuant to 11 U.S.C §§ 1507(a) and 1521(a)(4) and Rule 2004 of the Federal Rules of Bankruptcy Procedure (Docket No. 16)

3. I certify that the foregoing statements made by me are true. I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                                */s/ David M. Bava*
                                                                 David M. Bava

Sworn to before me this
23rd day of October 2018

*/s/ Francisco Vazquez*
      Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2018**

# SERVICE LIST

## *By First Class Mail of the United States Postal Service*

| | | |
|---|---|---|
| Deutsche Bank AG, New York<br>60 Wall Street<br>New York, NY 10005<br>Attention: Legal Department | Comerica Bank<br>1717 Main Street<br>Dallas, Texas, 75201<br>Attention: Legal Department | Comerica Bank<br>c/o Coprorate Creations<br>  Network Inc.<br>15 North Mill Street<br>Nyack, New York, 10960 |
| The Bank Of New York Mellon Corporation<br>Attn.: General Counsel<br>One Wall Street<br>New York, New York, 10286 | ABN AMRO<br>Park Ave Plaza<br>55 East 52nd St<br>New York, NY 10019<br>Attention: Legal Department | Banco Popular<br>2812 Broadway<br>New York, NY 10025<br>Attention: Legal Department |
| Bank of America<br>One Bryant Park<br>1111 Avenue of the Americas<br>New York, NY 10036<br>Attention: Legal Department | Bank of America<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington DE19801 | Bank of China<br>1045 Avenue of the Americas<br>New York, NY 10019<br>Attention: Legal Department |
| The Bank of Tokyo --<br>  Mitsubishi UFJ, Ltd.<br>1251 Avenue of the America,<br>  # C3-06<br>New York, NY 10019<br>Attention: Legal Department | BNP Paribas<br>787 Seventh Avenue<br>New York, NY 10019<br>Attention: Legal Department | Calyon Investment Bank<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Attention: Legal Department |
| Citibank N.A.;<br>153 East 53rd Street<br>New York, NY 10022<br>Attention: Legal Department | Commerzbank Aktiengesell-Schaft, New York Branch<br>55 Broad St.<br>New York, New York 10004<br>Attention: Legal Department | Credit Agricole CIB<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Attention: Legal Department |
| Deutsche Bank Trust Company Americas<br>60 Wall Street<br>New York, NY 10005<br>Attention: Legal Department | HSBC Bank USA, N.A.;<br>452 5th Ave<br>New York 10018<br>Attention: Legal Department | JPMorgan Chase Bank, N.A.;<br>277 Park Avenue,<br>New York, NY 10022<br>Attention: Legal Department |
| Societe Generale<br>245 Park Ave<br>New York, NY 10167<br>Attention: Legal Department | Societe Generale<br>c/o The Company Corporation<br>251 Little Falls Drive<br>Wilmington DE19808<br>Attention: Legal Department | Standard Chartered Bank;<br>c/o CT Corp,<br>111 Eighth Avenue, 13th Floor<br>New York, NY 10011 |
| Donna K. Hill, Esq.<br>Standard Chartered Bank<br>1095 Avenue of the Americas FL 37<br>New York, NY 10036-6797 | UBS AG<br>1285 Ave of the Americas<br>New York, NY 10019<br>Attention: Legal Department | Wells Fargo & Co.<br>1156 Avenue of the Americas<br>New York, NY 10036<br>Attention: Legal Department |
| Alvaro Muscio<br>Pollock International Ltd.<br>Alm. Harwood 6548 Ap.203,<br>CP.11.500,<br>Montevideo, Uruguay<br>598 9441 6602<br>amus42@gmail.com | Eduardo Tevah<br>Diego Mussio<br>Eduardo Tevah<br>CL Rua DR Jorge Fatet No 703, 91560<br>Porto Alegre, Brasil<br>55 51 8414 6610<br>edu@tevah.com.br<br>d.mussio@hotmail.com | Lorena L Ramirez<br>PanAmerica Capital Group, Inc.<br>P.O. Box 0832-02522<br>Torres de las Americas,<br>Tower C, 26th Floor, Suite 2603,<br>Punta Pacifica,<br>Panama City,<br>Republic of Panama<br>507-340-9560<br>lramirez@panamerica-group.com |

CPAM: 33266961.1

| | | |
|---|---|---|
| Andrew Huzzard<br>Eagle Navigation & Trading S.A.<br>461A Roosevelt Ave,<br>Ancon, Panama<br>507 6930 3794<br>ahuzzard@eaglenavigation.com | Diogo Rossi Ibaixe<br>Seahawk Management Co Ltd.<br>3rd Floor,<br>Yamraj Buidling Market Sq.,<br>P.O.Box 3175<br>Road Town, Tortola, BVI<br>1 650 741 3522<br>diogo@briix.com.br | Oswaldo Karam Macia<br>La Floresta de Seguros y Vida, S.A.<br>Ave. Samuel Lewis,<br>Calle 53 Edif Omega,<br>Piso Mezanine<br>507 377 9450<br>507 698 10275<br>507 377 9400<br>audi.diaz@seguroslafloresta.com<br>okaram@seguroslafloresta.com |
| Francisco Estupinan<br>Pro Advisors LLC<br>Aureuo Davila Y Jose Plaza,<br>Conjunto Los Agaves Casa 23<br>festupinan@int-partners.com | Martin Litwak<br>Nicolas de la plaza<br>Ernesto Esteban Lopez<br>Doctor Tomas Manuel de Anchorena<br>1741, Piso 8 Dpto. A,<br>Buesnos Aires, Argentina<br>54911 4065 8512<br>martin.litwak@litwak-partners.com<br>ernestolopezlincuez@gmail.com | Nicolas De La Plaza<br>Martin Litwak<br>Richard Valdes<br>7511 SW 54TH Avenue,<br>Coral Gables, Florida<br>786 899 4374<br>nicolas.delaplaza@litwak-partners.com<br>martin.litwak@litwak-partners.com<br>richard@atmarealestate.com |
| Francisco Estupinan<br>Pro Advisors LLC<br>Atahualpa 171 Dep 12A,<br>Quito, Ecuador<br>festupinan@int-partners.com | Alvaro Muscio<br>Elemar Eickhoff<br>Bage 1259 AP 1101<br>No 1101, 01221<br>Rio Grande, Brasil<br>598 9441 6602<br>amus42@gmail.com | Martin Litwak<br>Nicolas de la Plaza<br>DABE Investments LLC<br>926 Nandina Dr,<br>Weston, FL 33327<br>54 11 5639 0733<br>martin.litwak@litwak-partners.com<br>danielbentolila@fibertel.com.ar<br>danyben69@gmail.com |
| Francisco Estupinan<br>Pro Advisors LLC<br>Cl A 43 Calle B Sector Tanda Ret Rancho San,<br>Francisco Nº 43, 00121<br>Quito, Ecuador<br>festupinan@int-partners.com | Martin Litwak<br>Jose Luis Guerra a/o Maria Alexandra Carrera<br>Paunero 2368,<br>7600 Mar Del plata,<br>Prov. De Buenos Aires, Argentina<br>54 9 223 520 4257<br>martin.litwak@litwak-partners.com | Sunset Investments Limited<br>5 Lloyds Avenue, 3rd Floor<br>London, United Kingdom EC3N 3AE |
| Francisco Estupinan<br>Pro Advisors LLC<br>Via Lumbisi Lt 4A Pb<br>1 Princpal La Canada,<br>Quito, Ecuador<br>festupinan@int-partners.com | Francisco Rondon<br>Llantex C.A.<br>Av. Este-Oeste L-4 C/C Centrto Empresarial Caribe Local B #7.<br>02006 San Diego, estado Carabobo, Venezuela<br>00 584 1443 17306<br>globalcauchos@gmail.com<br>sjoa@dabadvisory.com | Rivero Mestre LLP<br>305 445.2500<br>2525 Ponce De Leon Blvd.<br>Ste. 1000 | Miami, FL 33134<br>miami@riveromestre.com |
| Francisco Estupinan<br>Pro Advisors LLC<br>Cochapata E1112Pd<br>Jose Abascal Conj Hab Villaloma,<br>Casa 7,<br>Guayaquil, Ecuador<br>festupinan@int-partners.com | Nicolas De La Plaza<br>Martin Litwak<br>Santiago Gey<br>ED Parana No 232, 14195<br>Buenos Aires, Argentina<br>54 911 56243401<br>nicolas.delaplaza@litwak-partners.com martin.litwak@litwak-partners.com | Andrew K. Levi, Esq.<br>Lehr Levi & Mendez, P.A.<br>1401 Brickell Ave., Suite 910<br>Miami, FL 33131<br>alevi@llmlawfirm.com |

4

| | | |
|---|---|---|
| Francisco Estupinan<br>Pro Advisors LLC<br>Republica Del Salvador<br>N 3540 Y Portugal Edf Atos,<br>Quito, Ecuador<br>festupinan@int-partners.com | Martin Litwak<br>Madun Investment S.A.<br>Circunvalacion Durango 383/101,<br>Montevideo, Uruguay<br>598 2 9168867<br>freyes@mvdgroup.com | Erick Solms<br>Simplitfy<br>801 Northpoint Parkway,<br>Suite #95,<br>West Palm Beach,<br>FL 33407<br>esolms@simplitfy.com |
| Francisco Estupinan<br>Pro Advisors LLC<br>Cl Calle D 52 199<br>Pb 5B Nº 52, 01210<br>Quito, Ecuador<br>festupinan@int-partners.com | Nicolas De La Plaza<br>Martin Litwak<br>Veganotec Construcciones S.A. DE CV<br>Bruselas 6, Juarez,<br>Cuahtemoc,<br>Ciudad ded, Mexico<br>1 786 899 4374<br>nicolas.delaplaza@litwak-partners.com<br>martin.litwak@litwak-partners.com | Bruce Grace<br>Lewis Baach Kaufmann Middlemiss PLLC<br>1899 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>bruce.grace@lbkmlaw.com |
| Francisco Estupinan<br>Pro Advisors LLC<br>La Rioja Sn L11<br>Los Libertadores Conj La Rioja,<br>Quito, Ecuador<br>festupinan@int-partners.com | Nicolas De La Plaza<br>Martin Litwak<br>Cornestone Capital Ventures LP<br>Level 11, 203 Queen Street,<br>Auckland 1010<br>nicolas.delaplaza@litwak-partners.com<br>martin.litwak@litwak-partners.com<br>richard@atmarealestate.com | Jessica W. Rhea<br>Counsel, Litigation<br>BNY Mellon<br>Legal Dept. (AIM #151-1915)<br>500 Grant Street | Pittsburgh, PA 15258-0001<br>jessica.rhea@bnymellon.com |
| Alvaro Muscio<br>Vera Maria Grundling<br>Alm. Harwood 6548 Ap.2013,<br>CP.11.500,<br>Montevideo, Uruguay<br>598 9441 6602<br>amus42@gmail.com | Nicolas De La Plaza<br>Martin Litwak<br>Contratistas Olimpo S.A. DE CV<br>Totonacas 92 INT 1,<br>COL. Ajusco Coyoacan<br>Ciudad de, Mexico<br>1 786 899 4374<br>nicolas.delaplaza@litwak-partners.com<br>martin.litwak@litwak-partners.com | Tristan Yelland<br>Manager<br>RHSW (Cayman) Limited<br>PO Box 897<br>Windward 1, Regatta Office Park<br>Grand Cayman KY1-1103<br>Cayman Islands<br>(345) 949 7576<br>tyelland@rhswcaribbean.com |
| Marcelo Jorcin<br>Josefina Rey de Castro<br>Sarmiento 477 1B 01211<br>Buenos Aires Argentina<br>5411 4224 6501<br>jorcimar@yahoo.com | U.S. Trustee's Office<br>U.S. Federal Office Building<br>201 Varick St., Room 1006<br>New York, NY 10014<br>(212) 510-0500 | Daniel L. Forman, Esq.<br>Forman Law Group<br>1401 Brickell Avenue<br>Suite 910<br>Miami, FL 33131<br>(305) 577-8888<br>daniel@formanlawgroup.com |
| Nestor A Castro/Marcelo Jorcin<br>Nestor A Castro<br>CL Yaguaron 1813 AA D 704,<br>Montevideo CP 11800,<br>Uruguay, 01210<br>Buenos Aires, Argentia<br>nestor_becas@hotmail.com | Insight Securities Inc.,<br>600 Central Ave, #265,<br>Highland Park, IL 60035 | Rivero Mestre LLP<br>212 880.9451<br>565 Fifth Avenue, 7th Floor<br>New York, NY 10017<br>newyork@riveromestre.com |

CPAM: 33266961.1

| | | |
|---|---|---|
| Carlos Ortega<br>Westwood Capital Markets S.A.<br>Calle 50,<br>Edificio Credicorp Bank,<br>Piso 27, Oficina 2701,<br>Apartado 0833-00098,<br>Panama<br>507 210 1641<br>507 210 1637<br>cortega@westwood.com.pa<br>stracey@campbellslegal.com<br>gmanning@campbellslegal.com | Stela C. Tipi<br>Vice President and Senior Counsel, Legal<br>Deutsche Bank AG, New York Branch<br>Litigation & Regulatory Investigations<br>60 Wall Street<br>New York, NY 10005-2836<br>stela.tipi@db.com | Comerica Bank<br>Research, Subpoena and Internal Services<br>MC 7546, PO Box 75000<br>Detroit, Michigan 48275 |
| Dayan Arguello Cabrera<br>Seguros Sucre S.A.<br>Pedro Carbo 422 y Avda. 9 de Octubre,<br>Edificio San Francisco 300,<br>Piso 6,<br>Guauaquil, Ecuador<br>593 4 373 0440 ext. UIO 2303<br>GYE 5000 (Office)<br>dayan.arguello@segurossucre.fin.ec<br>stracey@campbellslegal.com<br>gmanning@campbellslegal.com | | |