UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MADISON ASSET LLC,

    Debtor in a Foreign Proceeding.

Chapter 15

Case No. 18-12814 (MEW)

**NOTICE OF WITHDRAWAL OF VINCENZO A. NOVELLI AND [PROPOSED] ORDER**

PLEASE TAKE NOTICE that the undersigned, Vincenzo A. Novelli of Reid Collins & Tsai LLP, hereby requests the Court leave to withdraw as special litigation counsel for Madison Asset LLC in the above-captioned proceeding.

The requirements of Local Rule 1.4 are met. The reason for this withdrawal is that, as of December 5, 2022, I will no longer be associated with Reid Collins & Tsai LLP. William T. Reid, IV, Jeffrey E. Gross, Jordan L. Vimont, Sr., and Woodworth B. Winmill, who have also appeared in this case, will continue to be special litigation counsel for Madison Asset LLC, and accordingly no delay or prejudice to any party will result from my withdrawal.

Dated: New York, New York
      December 5, 2022

REID COLLINS & TSAI LLP

*/s/ Vincenzo A. Novelli*
Vincenzo A. Novelli
330 West 48th Street, Suite 403
New York, NY 10019
Tel.:   212-344-5200
Fax:   212-344-5299
Vnovelli@reidcollins.com