UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MADISON ASSET LLC,

    Debtor in a Foreign Proceeding.

Chapter 15

Case No. 18-12814 (MEW)

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The motion of Vincenzo A. Novelli for leave to withdraw as special litigation counsel for Madison Asset LLC in the above-captioned action is before the Court. The Court orders that the motion is granted and that Vincenzo A. Novelli has withdrawn as special litigation counsel for Madison Asset LLC, effective on today's date.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE